```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 07 B 12378
     JOHNNY L GAULTNEY
     ZENI P GAULTNEY                              CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
             Debtor
     SSN XXX-XX-3790     SSN XXX-XX-8560
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/11/07 and confirmed on 10/16/07.

    2.  The case was converted to Chapter 7 after confirmation, 12/04/2008.

    3.  The Debtor paid a total of $   5081.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME STAR BANK | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6075.30 | .00 | 311.42 |
| DELL FINANCIAL SERVICES | SECURED | 1163.54 | .00 | 1163.54 |
| DELL FINANCIAL SERVICES | UNSECURED | 867.99 | .00 | 44.50 |
| FIRST NATIONAL CREDIT CA | UNSECURED | 9357.68 | .00 | 479.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13276.90 | .00 | 680.60 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19472.68 | .00 | 998.22 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6362.25 | .00 | 326.14 |
| ROUNDUP FUNDING LLC | UNSECURED | 245.78 | .00 | 12.60 |
| FORD MOTOR CREDIT CO | SECURED | 550.00 | .00 | 550.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4233.08 | .00 | 217.00 |
| DELL FINANCIAL SERVICES | UNSECURED | 973.41 | .00 | 25.60 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1713.54 | .00 | 60865.07 | .00 | 62578.61 |
| PRINCIPAL PAID | 1713.54 | .00 | 3095.76 | .00 | 4809.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1713.54 | .00 | 3095.76 | .00 | 4809.30 |

The Debtor's attorney, THOMAS M BRITT                   , was allowed $   1200.00
and was paid $   1200.00   direct and $       .00  through the plan.

The Trustee received $    271.70 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 02/18/09                            /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
    CASE NO. 07 B 12378 JOHNNY L GAULTNEY & ZENI P GAULTNEY